■ DAWN SOROKIN, Appellant, v AJOMAR TRANSPORT, INC., et al., Defendants, and ALBERT L. MORTIMER, Respondent. [628 NYS2d 603] —Appeal by the plaintiff from an order of the Supreme Court, Suffolk County (Doyle, J.), dated April 20, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.